IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN ROBINSON,

    Plaintiff,

v.                                Civil Action No. 3:23cv762

LANDMARC REAL ESTATE,
INC., et al.,

    Defendants.

## ORDER

The Court having been advised that, on March 20, 2024, the parties in this action executed a MEMORANDUM OF UNDERSTANDING REGARDING SETTLEMENT AGREEMENT respecting the disputes herein and that this action has been settled, it is hereby ORDERED that, by April 12, 2024, the parties shall electronically file a Stipulation of Dismissal.

    It is so ORDERED.

                                                /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: March 21, 2024