UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **CAROLYN ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Case No.:  323cv762 |
| **LANDMARC REAL ESTATE, INC.,** ) | |
| ) | |
| and ) | |
| ) | |
| **LEE'S CROSSING COMMUNITY** ) | |
| **ASSOCIATION, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carolyn Robinson, by counsel, with the consent of the Defendants, Landmarc Real Estate, Inc. and Lee's Crossing Community Association, Inc., by counsel, hereby stipulates to the dismissal of this action with prejudice.  Each party is to bear their own attorneys' fees and costs.  This stipulation is electronically signed and consented to by all parties who have appeared in this action.

   /s/    Robert Powers
Robert Powers, Esq. (VSB#:  80822)
McClanahan Powers, PLLC
3160 Fairview Park Dr., Suite 410
Falls Church, VA  22042
Telephone:   703-520-1326
Facsimile     703-828-0205
rpowers@mcplegal.com
*Counsel for Plaintiff*

    /s/ Janeen B. Koch
Janeen B. Koch, Esquire (VSB#: 37763)
Chadwick, Washington, Moriarty,
Elmore & Bunn, P.C.
201 Concourse Blvd., Suite 101
Glen Allen, Virginia 23059
Telephone:   703-546-4804
Facsimile:    804-965-9919
jkoch@chadwickwashington.com
*Counsel for the Defendants*